**FILED**

NOV 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Carl R. Menefee, Sr.
(Please print)

STREET ADDRESS: 3517 Birchwood Drive

CITY/STATE/ZIP: Hazel Crest, IL 60429

PHONE NUMBER: 708.335.0238

CASE NUMBER: 07CV6396
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

Carl R. Menefee, Sr.     11-13-07
Signature   Date