UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07CV6396
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

Plaintiff(s) Carl R. Menefee, Sr.

v.

Defendant(s) Dynamic Educational Systems, Inc.)
)

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Carl R. Menefee, Sr., declare that I am the (check appropriate box)

   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   **FILED**
   NOV 1 3 2007
   13
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Carl R. Menefee, Sr.
Movant's Signature

3517 Birchwood Dr.
Street Address

11-13-07
Date

Hazel Crest, IL 60429
City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Hon. Ruben Castillo       Case Number: 95 cv 1319

Case Title: Menefee v. Dept of Planning

Appointed Attorney's Name: Michael T. Roumell

If this case is still pending, please check box ☐

---

Assigned Judge: Hon. Milton I. Shadur       Case Number: 81 cv 6522

Case Title: Menefee v. General Electric Co.

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____       Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____       Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐