# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6396 | **DATE** | 11/15/2007 |
| **CASE TITLE** | Carl R. Menefee, Sr.   Vs   Dynamic Educational Systems | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application [4] is granted.        Summons to issue
Plaintiff's motion [5] for appointment of counsel is denied without prejudice to renewal.

[Docketing to mail notices]

| | Courtroom Deputy Initials: | GDS |
|---|---|---|