FILED
NOVEMBER 15, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:07-cv-06396   Document 7   Filed 11/15/2007   Page 1 of 7

RECEIVED
NOV 1 3 2007
13
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Carl R. Menefee, Sr.<br>    Plaintiff,<br>v.<br>Dynamic Educational Systems, Inc.<br>    Defendant. | )<br>)<br>)  Case<br>)<br>)<br>)<br>)    07CV6396<br>JUDGE GETTLEMAN<br>MAG. JUDGE SCHENKIER |

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is <u>Carl R. Menefee, Sr.</u> of the county of <u>Cook</u> in the state of <u>Illinois</u>.

3. The defendant is <u>Dynamic Educational Systems, Inc.</u>, <u>101 N. Wacker Dr.</u>, <u>Chicago</u>, <u>Illinois</u> <u>60606</u>. Telephone number <u>312.525.8113</u>.

4. The plaintiff sought employment at the defendant above address.

5. The plaintiff was denied employment by the defendant.

6. The defendant discriminated against the plaintiff on or about December 10, 2004.

7a. The defendant is not a federal governmental agency, and the plaintiff has filed a charge against the defendant asserting the acts of discrimination indicated in this complaint with the Illinois Department of Human Rights, on February, 24 2005.

7b. Attached is a copy of the charge. It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8b. The United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on November 8, 2007, a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's (a) Age.

10. Defendant is not a state, county, municipal or other local governmental agency.

11. Jurisdiction over the statutory violation alleged is conferred for the A.D.E.A. by 42 U.S.C.-12117.

12. The defendant failed to hire the plaintiff.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

   A. ISSUE/BASIS

   FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY AGE, 50.

   B. PRIMA FACIE ALLEGATIONS

   1. I am 50 years of age.

   2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

   3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (age 50), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

   4. On or about January 21, 2005, Mr. Simmons hired Melissa Giroux, a similarly situated, under age 40 applicant, with less qualifications and experience, for the Accountant's vacancy.

2

14. Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff Direct the defendant to hire the plaintiff and if available, grant the plaintiff appropriate injunctive relief lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, and cost, including reasonable attorney fees and expert witness fees, or grant such relief as the Court may find appropriate.

*Carl R. Menefee, Sr.*
Carl R. Menefee, Sr.

11-13-07
Date

3517 Birchwood Drive
Hazel Crest IL 60429
708.335.0238

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. 05W0324.04 | [X] IDHR<br>[X] EEOC | 2005CA2864 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr., Ms., Mrs.) | HOME TELEPHONE (include area code) |
|---|---|
| CARL R. MENEFEE, | 708-335-0238 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 3517 BIRCHWOOD DR | HAZEL CRES, IL 60429 | 08/27/54 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| DYNAMIC EDUCATIONAL SYSTEMS, INC. | 15+ | 312 525 8113 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 101 N WACKER DR | CHICAGO, IL 60606 | 031 |

| NAME | | TELEPHONE (include area code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON:
RACE       SEX       AGE

DATE OF DISCRIMINATION
EARLIEST (ADEA/EPA)   LATEST (ALL)
/ /                    12/10/2004

[ ] CONTINUING ACTION

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I. A. ISSUE/BASIS

FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY RACE, BLACK.

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (non-black), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

(Continued)

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

NOTARY (when necessary for State and Local Requirements)

*[signature: Jacquelyn Turner Hamb]*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 8/4/05
Notary Public Seal

3/24/05

SIGNATURE OF COMPLAINANT         DATE
x Carl R. Menefee Sr.    03/24/05

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, year)

EEOC FORM 5 (6/00)    FEP9ACF3

Complainant Name:   CARL R. MENEFEE,
Charge Number:      2005CA2864
Page 2

    4. I believe that another, similarly situated, non-black applicant, with less qualifications and experience, has been hired for the accountant's vacancy.

II.  A.  ISSUE/BASIS

FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY SEX, MALE.

  B.  PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (male), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

4. I believe that another, similarly situated, female applicant, with less qualifications and experience, has been hired for the accountant's vacancy.

III.  A.  ISSUE/BASIS

FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY AGE, 50.

  B.  PRIMA FACIE ALLEGATIONS

1. I am 50 years of age.

2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (age unknown), Respondent's General Manager. Simmons has failed to notify me of any development

(Continued)

Complainant Name:   CARL R. MENEFEE,
Charge Number      2005CA2864
Page 3

        as to whether or not I would be hired for the position vacancy.

4.    I believe that another, similarly situated, under age 40 applicant, with less qualifications and experience, has been hired for the accountant's vacancy.

ACF/JJT/RCG

EEOC Form 161 (3/98)　　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Mr. Carl R. Menefee<br>3517 Birchwood Drive<br>Hazel Crest, IL 60429 | From: | Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2005-01640 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you **file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

NOV 06 2007
(Date Mailed)

Enclosure(s)

cc:　**DYNAMIC EDUCATIONAL SYSTEMS, INC**