U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl R. MeneFee, Sr. | 07C6396 |
| DEFENDANT | TYPE OF PROCESS |
| Dynamic Educational Systems | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dynamic Educational Systems, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
101 N. Wacker Drive, Chicago, IL 60606

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Carl R. MeneFee, Sr.
3517 Birchwood Dr.
Hazel Crest, IL 60429

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 11-20-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk  TD | Date |
|---|---|---|---|---|---|
| | 1 | No. 24 | No. 24 | | 11-20-07 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above): NOT SERVED

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/27/07   Time: 12:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 48.00 | .97 | 0 | 48.97 | 0 | 48.97   0 |

REMARKS:
11/27/07  No such business @ 101 N Wacker; Phone disconnected
2 mile R/T; 1 hr; 1 deputy

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6396 | **DATE** | 11/15/2007 |
| **CASE TITLE** | Carl R. Menefee, Sr.   Vs   Dynamic Educational Systems | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application [4] is granted.       Summons to issue
Plaintiff's motion [5] for appointment of counsel is denied without prejudice to renewal.

[Docketing to mail notices]

MICHAEL W. ...
BY _[signature]_
U.S. DISTR.C.
DISTRICT

DATE: 11-16-2007

| | | Courtroom Deputy Initials: | GDS |
|---|---|---|---|

Page 1 of 1

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Carl R. Menefee, Sr.

v.

Dynamic Educational Systems, Inc.

07CV6396
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

TO: (Name and address of Defendant)

Dynamic Educational Systems, Inc.
101 N. Wacker Drive
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Carl R. Menefee, Sr.
3517 Birchwood Dr.
Hazel Crest, IL 60429

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 16 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                       Date                *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 1 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Carl R. Menefee, Sr. )
              Plaintiff, )   07CV6396
v. ) C JUDGE GETTLEMAN
)
Dynamic Educational Systems, Inc. )   MAG. JUDGE SCHENKIER
              Defendant. )

### COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Carl R. Menefee, Sr. of the county of Cook in the state of Illinois.

3. The defendant is Dynamic Educational Systems, Inc., 101 N. Wacker Dr., Chicago, Illinois 60606. Telephone number 312.525.8113.

4. The plaintiff sought employment at the defendant above address.

5. The plaintiff was denied employment by the defendant.

6. The defendant discriminated against the plaintiff on or about December 10, 2004.

7a. The defendant is not a federal governmental agency, and the plaintiff has filed a charge against the defendant asserting the acts of discrimination indicated in this complaint with the Illinois Department of Human Rights, on February, 24 2005.

7b. Attached is a copy of the charge. It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8b. The United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on November 8, 2007, a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's (a) Age.

10. Defendant is not a state, county, municipal or other local governmental agency.

11. Jurisdiction over the statutory violation alleged is conferred for the A.D.E.A. by 42 U.S.C.~12117.

12. The defendant failed to hire the plaintiff.

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    A. ISSUE/BASIS

    FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY AGE, 50.

    B. PRIMA FACIE ALLEGATIONS

        1. I am 50 years of age.

        2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

        3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (age 50), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

        4. On or about January 21, 2005, Mr. Simmons hired Melissa Giroux, a similarly situated, under age 40 applicant, with less qualifications and experience, for the Accountant's vacancy.

2

14. Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff Direct the defendant to hire the plaintiff and if available, grant the plaintiff appropriate injunctive relief lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, pre-judgment interest, post-judgment interest, and cost, including reasonable attorney fees and expert witness fees, or grant such relief as the Court may find appropriate.

*Carl R. Menefee, Sr.*
Carl R. Menefee, Sr.

11-13-07
Date

3517 Birchwood Drive
Hazel Crest IL 60429
708.335.0238

3

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>05W0324.04 | AGENCY<br>[X] IDHR<br>[X] EEOC | CHARGE NUMBER<br>2005CA2864 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr., Ms., Mrs.)<br>CARL R. MENEFEE, | | HOME TELEPHONE (include area code)<br>708-335-0238 |
|---|---|---|
| STREET ADDRESS<br>3517 BIRCHWOOD DR. | CITY, STATE AND ZIP CODE<br>HAZEL CRES, IL 60429 | DATE OF BIRTH<br>08/27/54 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY; APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME<br>DYNAMIC EDUCATIONAL SYSTEMS, INC. | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>312 525 8113 |
|---|---|---|
| STREET ADDRESS<br>101 N WACKER DR | CITY, STATE AND ZIP CODE<br>CHICAGO, IL 60606 | COUNTY<br>031 |
| NAME | | TELEPHONE (include area code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON:<br>RACE   SEX   AGE | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>/ /   12/10/2004<br>☐ CONTINUING ACTION |
|---|---|

**THE PARTICULARS ARE** (if additional space is needed attach extra sheet(s))

I.  A.  ISSUE/BASIS

   FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY RACE, BLACK.

   B.  PRIMA FACIE ALLEGATIONS

   1.  My race is black.

   2.  I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

   3.  On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (non-black), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

(Continued)

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 8/4/05
Notary Public Seal

3/24/05

NOTARY (when necessary for State and Local Requirements)
[signature: Jacquelyn Turner Hamb]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT    DATE
x Carl R. Menefee Sr   03/24/05

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, year)

EEOC FORM 5 (6/89)          FEPSACF3

Complainant Name: CARL R. MENEFEE,
Charge Number: 2005CA2864
Page 2

    4. I believe that another, similarly situated, non-black applicant, with less qualifications and experience, has been hired for the accountant's vacancy.

II. A. ISSUE/BASIS

FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY SEX, MALE.

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (male), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

4. I believe that another, similarly situated, female applicant, with less qualifications and experience, has been hired for the accountant's vacancy.

III. A. ISSUE/BASIS

FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY AGE, 50.

B. PRIMA FACIE ALLEGATIONS

1. I am 50 years of age.

2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (age unknown), Respondent's General Manager. Simmons has failed to notify me of any development

(Continued)

Complainant Name: CARL R. MENEFEE,
Charge Number 2005CA2864
Page 3

      as to whether or not I would be hired for the position vacancy.

4. I believe that another, similarly situated, under age 40 applicant, with less qualifications and experience, has been hired for the accountant's vacancy.

ACF/JJT/RCG

EEOC Form 161 (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Mr. Carl R. Menefee**
**3517 Birchwood Drive**
**Hazel Crest, IL 60429**

From: **Equal Employment Opportunity Commission**
**Chicago District Office**
**500 West Madison Street**
**Suite 2800**
**Chicago, Illinois 60661-2511**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2005-01640 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

NOV 06 2007

(Date Mailed)

Enclosure(s)

cc: **DYNAMIC EDUCATIONAL SYSTEMS, INC**