# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                   Case Number: 07 CV 6396

Carl R. Menefee, Sr.,
  Plaintiff,
v.
Dynamic Educational Systems, Inc.,
  Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dynamic Educational Systems, Inc., Defendant

| | |
|---|---|
| **NAME (Type or print)**<br>Nancy E. Sasamoto | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Nancy E. Sasamoto | |
| **FIRM**<br>Masuda, Funai, Eifert, & Mitchell, Ltd. | |
| **STREET ADDRESS**<br>203 North LaSalle Street, Suite 2500 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>03128178 | **TELEPHONE NUMBER**<br>312-245-7500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |