IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07 CV 6396 |
| ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, ) | Judge Gettleman |
| INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, Dynamic Educational Systems, Inc. ("DESI"), hereby moves this Court pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time of twenty-one (21) additional days in which to file an Answer or otherwise file its response to Carl R. Menefee, Sr.'s ("Menefee") Amended Complaint. In support thereof, DESI states as follows:

1. On or about November 15, 2007 Menefee filed his Complaint, and thereafter on or about December 19, 2007 Menefee filed his Amended Complaint alleging claims for race, age and sex discrimination in relation to DESI's decision not to hire Mr. Menefee.

2. Defense counsel was recently retained to represent DESI, which has its principal office located in Phoenix, Arizona.

3. DESI requires additional time to analyze Menefee's Amended Complaint and formulate an appropriate response. As a result, DESI requires an additional twenty-one (21) days, through February 14, 2008, to prepare its Answer or otherwise file a response to Menefee's Amended Complaint.

4. This additional time is not meant for purposes of unnecessary delay and will not

prejudice any party in this litigation. Rather, the additional time is necessary to analyze the Amended Complaint and prepare the appropriate response.

WHEREFORE, Defendant, DYNAMIC EDUCATIONAL SYSTEMS, INC., pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant it a twenty-one (21)-day enlargement of time, through and including February 14, 2008, to file its Answer or otherwise plead to Carl R. Menefee Sr.'s Amended Complaint.

**DYNAMIC EDUCATIONAL SYSTEMS, INC.**

By: ____/s/ Jason M. Metnick_____
One of Its Attorneys

Nancy E. Sasamoto
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
Attorneys for Sumida America Inc.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500
Attorney Code No.: 90523

JM1
N:\SYS02\10432\Lit\6002 - Motion for Enlargement of Time.doc