IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL R. MENEFEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07 CV 6396 |
| | ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., | ) | Judge Gettleman |
| | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Dynamic Educational Systems, Inc. ("DESI"), hereby moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment in its favor and against Plaintiff Carl R. Menefee, Sr. ("Menefee"). In support of its Motion, DESI states as follows:

1. The Court should enter summary judgment in favor of DESI for the reasons set forth in its supporting Memorandum of Law and Statement of Material Facts, incorporated herein.

2. In short, Menefee has sued DESI for race, sex, and age discrimination, respectively under provisions of Title VII and the ADEA for its failure to hire him for an accountant position. Menefee cannot make a *prima facie* case under Title VII or the ADEA, in light of the fact that Menefee was interviewed by the sole decisionmaker who was in all three of the same protected classes as Menefee, and despite the fact that the accountant position was temporarily filled by a person in two of the same three protected classes as Menefee, and further despite the fact that the position was ultimately filled by some more qualified for the position based upon that person's supervisory experience and work experience as an auditor and financial

1

analyst during her employment history. DESI's decision to pursue a candidate with more relevant experience and who demonstrated better communication skills in an interview constitute valid non-discriminatory reasons for not hiring Menefee.

WHEREFORE, Dynamic Educational Systems, Inc. respectfully requests that the Court enter summary judgment in its favor and against Plaintiff Carl R. Menefee, Sr.

**DYNAMIC EDUCATIONAL SYSTEMS, INC.**

By: ____/s/ Jason M. Metnick____
One of Its Attorneys

Nancy E. Sasamoto
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
(312) 245-7500

JM1
N:\SYS02\10432\Lit\6002 - Motion for Summary Judgment.doc