IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL R. MENEFEE, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.:  07 CV 6396 |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., | ) ) ) ) | Judge Gettleman<br>Magistrate Judge Schenkier |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Carl R. Menefee, Sr.
      3517 Birchwood Drive
      Hazel Crest, Illinois  60429

PLEASE TAKE NOTICE that on the 26th day of February, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, the Defendant, DYNAMIC EDUCATIONAL SYSTEMS, INC., by and through its attorneys, Nancy E. Sasamoto and Jason M. Metnick of Masuda, Funai, Eifert & Mitchell, Ltd., shall appear before the Honorable Judge Gettleman in Courtroom 1703 of the U.S. District Court Building at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, at which time you may appear if you see so fit.

/s/ Jason M. Metnick
By One of Its Attorneys

Nancy E. Sasamoto
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
(312)245-7500

N:\SYS23\10432\Not-Mo\Carl Menefee 2-15-08doc.doc