IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07 CV 6396 |
| ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, ) | Judge Gettleman |
| INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

TO:   Carl R. Menefee, Sr.
      3517 Birchwood Drive
      Hazel Crest, Illinois 60429

PLEASE TAKE NOTICE that on the 15th day of February, 2008, the Defendant, DYNAMIC EDUCATIONAL SYSTEMS, INC., by and through its attorneys, Nancy E. Sasamoto and Jason M. Metnick of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall file its **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                            /s/ Jason M. Metnick
                                            Attorneys for Defendant

Nancy E. Sasamoto
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois 60601-2002
(312) 245-7500

N:\SYS23\10432\Not-Fil\60020001.doc