# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CARL R. MENEFEE, SR.,       )
                               )
        Plaintiff,        )
                               )
v.                           )    Case No.:  07 CV 6396
                               )
DYNAMIC EDUCATIONAL SYSTEMS, )    Judge Gettleman
INC.,                       )    Magistrate Judge Schenkier
                               )
        Defendant.      )

## DECLARATION OF CHRIS HERRO

I, Chris Herro, having been duly sworn on oath state that, if called as a witness, I could competently testify on my personal knowledge as follows:

1.      I am the Vice President of Finance and Administration of Dynamic Educational Systems, Inc. ("DESI"), with the principal place of business located at 8433 N. Black Canyon Hwy., #184, Phoenix, Arizona 85021.  DESI is principally a government services contractor that operates job training and job placement programs, with the assistance of certain federal or local funding, throughout various parts of the United States, including the greater Chicago metropolitan areas.

2.      I am one of the individuals responsible for managing the advertising, interviewing and hiring of candidates for finance and administrative positions at DESI, including the accountant position for which Carl R. Menefee, Sr. applied in 2004.

3.      DESI placed an advertisement for an accountant position in the Chicago Tribune on or about August 23, 2004.  The document attached as Exhibit "C" to DESI's Statement of Material Facts is a true and accurate copy of DESI's advertisement for the accountant position in August 2004.  This was the first advertisement that DESI used to publicize and solicit applicants for the accountant position in 2004.  The accountant position was located at DESI's Chicago office.

4.      In addition to certain minimum qualifications, management at DESI (including me) preferred to hire someone for the accountant position who had previous supervisory experience and experience with preparing budgets and variance analysis.  Consequently, DESI specifically included in the advertisement for the accountant position that persons with supervisory experience and budget preparation/variance analysis experience would be "a plus" or preferred candidates.

5.      DESI initially offered the accountant position to Mr. Sam Lisuzzo.  DESI offered the accountant position to Mr. Lisuzzo on or about November 11, 2004, and sent an offer letter to him at that time.  DESI's records indicate that Mr. Lisuzzo was over the age of forty (40) when Mr. Lisuzzo was offered the accountant position.  Mr. Lisuzzo's sex is male, and his race is best described as White.

6.      Approximately within a week or two after DESI offered the accountant position to Mr. Lisuzzo, Mr. Lisuzzo withdrew his candidacy for the accountant position, which meant that the accountant position remained unfilled.

2

7.    As a result of Mr. Lisuzzo's rejection of DESI's offer of employment for the accountant position, DESI began searching again for a candidate to fill the accountant position. Consequently, on November 22, 2004, DESI placed advertisements for the accountant position on one or more job-related internet websites.

8.    Consistent with DESI's prior advertisement, DESI's advertisement for the accountant position in November 2004 included DESI's preference for candidates with experience supervising other employees, preparing budgets, and performing variance analysis. The document attached as Exhibit "G" to DESI's Statement of Material Facts is a true and accurate copy of DESI's advertisement for the accountant position in November 2004.

9.    In response to advertising for the accountant position, DESI received roughly 100 resumes from applicants for the accountant position. Among the resumes DESI received was the resume of Mr. Menefee and Ms. Giroux. The documents attached as Exhibits "I" and "H" to DESI's Statement of Material Facts are true and accurate copies of Mr. Menefee's and Ms. Giroux's resumes received in November 2004.

10.    I was the person primarily responsible for initially screening the resumes received from applicants applying for the accountant position. I chose five candidates for the accountant position to interview by phone: Dan Young, Art Aberman, Carl Menefee, Melissa Giroux, and Bonnie Boron. The persons I chose for phone interviews appeared to meet the minimum

3

qualifications for the accountant position, some of who had additional experience or qualifications that DESI preferred.

11.     On or about December 2, 2004, I conducted a telephone interview with Mr. Menefee. I had the impression that Mr. Menefee seemed confused or uncertain when answering certain questions I posed to him on the phone. I had the further impression that Mr. Menefee lacked the superior communication skills that I would have expected for an applicant for the accountant position.

12.     Of the five candidates I interviewed on the phone, I did not know the race or age of any of them, since I only spoke to them on the telephone. I selected four out of the five candidates to be interviewed in person, including Mr. Menefee. I decided Bonnie Boron (race unknown, female, age unknown) would not be a successful candidate for the account position, and therefore did not recommend that she be interviewed in person for the accountant position.

13.     Out of the four remaining candidates for the accountant position, based solely upon my telephone interviews and impressions of them, I identified in an e-mail dated December 3, 2004 sent to management at DESI that Mr. Menefee was the weakest candidate. Based upon the same criteria, I identified Melissa Giroux as probably having the most "upside" or potential to succeed of the four candidates. I advised D.E. Simmons, who at that time was the General Manager of DESI, of my impressions of each of the four remaining candidates for the accountant position, including that Mr. Menefee was the weakest candidate. My discussions and e-mails did not contain any reference to the race, age, or sex of any of the candidates.

4

14.     Ms. Giroux's background was more progressive than Mr. Menefee's.  While Mr. Menefee had a long employment history, he had not moved up in the companies he worked for. Giroux had stronger internal audit experience, as well as supervisory experience.  Mr. Menefee had no supervisory experience.  Giroux had broader budget experience, which covered a broader scope of operations than Mr. Menefee's experience.   Ms. Giroux also had excellent communication skills and was coming from a large-sized company.

15     Mr. Simmons interviewed each of the four remaining candidates for the accountant position.  Mr. Simmons was the person ultimately responsible for selecting the candidate to who DESI would extend an offer of employment for the accountant position.  Mr. Simmons's race is best described as Black (African American).  Mr. Simmons was about fifty years old in November and December 2004.

16.     Mr. Simmons is no longer employed at DESI.  He left DESI on or about February 7, 2005.

17.     Mr. Simmons scheduled interviews for all of the four remaining candidates for the accountant position during the business week of Monday, December 6, 2004 through Friday, December 10, 2004.  Specifically, each of the candidates were scheduled for interviews on the following dates: Dan Young – December 6, 2004; Art Aberman – December 9, 2004; Melissa Giroux – December 9, 2004; Carl Menefee – December 10, 2004.

18.     Following the interviews with each of the candidates, Mr. Simmons and I discussed Mr. Simmons's impressions of each of them.

19.     Mr. Simmons determined that Mr. Menefee was less likely to work successfully at DESI than Melissa Giroux.

20.     Mr. Simmons reported that Melissa Giroux had the best in-person interview with Mr. Simmons, and consequently, was offered the accountant position.

21.     Mr. Simmons never mentioned to me that Mr. Menefee's race or sex. In addition, Mr. Simmons did not mention to me Mr. Menefee's age.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Chris Herro

JM1:kam
N:\SYS02\10432\Lit\6002 - Declaration of Chris Herro - revised (02 14 08).doc

6

# EXHIBIT C

Accountant

Dynamic Educational Systems, Inc, is seeking an Accountant with a solid work history in acct & fin, BS degree, strong com & analytical skills, 2 + yrs exp. working in Internal Audit or with gov agencies preferred, Supervisory & budget preparation/variance analysis exp. a plus.  Excl benefit pkg offered in addition to competitive salary. Office located in downtown loop. E-mail resumes & salary history to **HR05@exodyne.com**. EEOE. Visit us at www.exodyne.com.