# EXHIBIT D

November 11, 2004

Mr. Sam Lisuzzo
2916 N. Broadway #3
Chicago IL 60657

Dear Mr. Lisuzzo:

This letter is prepared as a follow-up to our discussion regarding you joining Dynamic Educational Systems Inc. (the Company) as the Accountant, an exempt position, located in Chicago, IL. We are pleased you have accepted the position and we look forward to a mutually rewarding experience.

The following items summarize the key factors of the offer discussed and you verbally accepted:

1. Your starting salary will be a weekly rate of $904.00 before applicable withholding and taxes. In concert with the Company's policy you will receive a review every 12 months at which time your base salary compensation will be reviewed. As a new employee, you will be formally reviewed in writing at the end of six months to provide you insight as to how well management and your associates feel you are doing relative to the overall opportunity.

2. The Company will make medical insurance available to you and your dependents. The Company in accordance with the existing benefits package, subject to change, will also provide life and disability benefits.

3. You will receive two weeks paid vacation after being employed by the Company for a period of one year. The vacation time will be increased to three weeks after you have been employed continuously for five years. You will receive ten paid holidays.

4. In the capacity of the Accountant you will report directly to D.E. Simmons, General Manager.

5. As required by all Exodyne, Inc. companies, this offer is contingent on you passing a substance abuse test and a background check.

6. We also request you sign an Invention Assignment and Secrecy Agreement and a Conflict of Interest Agreement with the Company as a requirement for employment (enclosed).

7. We have targeted a start date on or around November 22, 2004 as we anticipate all pre-employment processing to be completed by then.

November 11, 2004
Sam Lisuzzo

Page 2


Please be advised that this offer of employment is not an employment contract. Employment with DESI is "at will" and can be terminated at any time by either party.

We are pleased you have accepted our offer for employment and ask that you make your formal acceptance by signing a copy of this letter and returning it to our office. If you have any questions regarding the information contained herein, please do not hesitate to contact us. We are looking forward to working with you and trust that you will feel the excitement of our staff as we grow Dynamic Educational Systems, Inc. in the future.

Sincerely,



D.E. Simmons
General Manager

Enclosures



Accepted: _____    Date: _____

# EXHIBIT E

**desi** Dynamic Educational Systems, Inc.
*an Exodyne Company*

## Applicant Data Record

Dynamic Educational Systems, Inc. is subject to the rules and regulations of Executive Order 11246 which requires the company to assure and promote equal opportunity for all persons without regard to race, color, religion, sex or national origin, Section 402 of the Vietnam Era Veterans Readjustment Assistance Act of 1974, and Section 503 of the Rehabilitation Act of 1973 requires the company to take affirmative action to employ and advance in employment qualified disabled veterans of the Vietnam Era and handicapped individuals. The government requires the company to collect data on race, sex, ethnic classifications, disability, disabled veterans and Vietnam Era veterans for purposes of determining the impact of our employment procedures.

<u>This self-identification form will be kept separately from your application and will not be a basis for employment decisions.</u>

<u>Your response is voluntary, and the information obtained through this questionnaire shall be kept confidential.</u>

Please sign and date below to indicate you have read the above paragraphs.

Signature: _Sam Lisuzzo_     Date: 10/19/04

Name (please print): SAM A. LISUZZO

Position Applied for: Fiscal Operations

Referral Source: ☒ Advertisement  ☐ Friend  ☐ Relative  ☐ Walk In  ☐ Employment Agency  ☐ Other

Government agencies require periodic reports on the sex, ethnicity, disability and veteran status of applicants. This data is for analysis and affirmative action only.

**GENDER**
☒ Male   ☐ Female

**VETERAN**
☐ Yes  ☒ No
Disabled?  ☐ Yes  ☐ No
Conflict? _____

**DISABILITY**
☐ Yes  ☒ No

**ETHNIC CLASSIFICATION**
☐ American Indian or Alaskan Native
☐ Asian
☐ Black or African American
☐ Hispanic or Latino (all races)
☐ Native Hawaiian or Other Pacific Islander
☒ White

Applicant Signature: _Sam Lisuzzo_

Criminal Record Results
Counties Searched: IL - * Statewide *
Search Status: Completed (CLEAR)
# Years Searched: 7
Reporting Period: 11/15/1997 - 11/15/2004

Report Reference #: MED-1111-66MM9K
Date Requested: 11/11/2004
Date Completed: 11/15/2004

Medical Express Corp. - Requested by: Lisa D Anderson - Phone #: 904-281-9723

| Subject Information: | Social Security #: ▮▮▮ | Race: |
|---|---|---|
| Name: SAM LISUZZO | Birth Date: 08/11/1955 | Gender: |

**No record found**

Clear Investigative Advantage (CIA), LLC provides clients with the most accurate and up-to-date information available. Whenever possible, CIA. retrieves information directly from the courthouses. However, CIA cannot guarantee the accuracy of court-maintained records and statewide database searches. Therefore, CIA cannot be held liable for any misinterpretations or errors in reported data. CIA will not be responsible for any errors or omissions produced by secondary dissemination of this data and in no event will be held liable to a subscriber. Instant database searches may contain record information that falls outside the reporting guidelines of the Fair Credit Reporting Act, which may include non-conviction cases prior to 11/15/1997. CIA will not be held liable for employment decisions based on any reported data.