**EXHIBIT F**

**Sam A. Lisuzzo**
**2916 N. Broadway, #3**
**Chicago, IL. 60657**
**773-528-5263**

**Tetra Tech EMI**, Chicago, Financial Manager, 8/29/03-2/25/04. Administration, system set-up, invoicing, profit analysis and accounts receivable follow-up for an 8 million dollar EPA 600 site contract (1,000 page invoice). Plus Time and Materials contracts, Accounts Payable, transaction flow analysis to determine procedure/Sarbannes-Oxley compliance. Deltek accounting system.

**Metropolitan Family Services,** Chicago, Financial Analyst, 4/01 to August 25, 2003
Maintained budgets and financial forecasts for 120 city and suburban programs. Created budgets and budget narratives for all government and privately funded contracts. Liaison with Executive Directors and Vice Presidents overseeing programs to ensure compliance to contracts. Reconcile ½ million dollar receivables for employee assistance program. Monitored endowment/bond interest rate history arbitrage. Audited Chicago rent lease and determined landlord overbilled ¼ million dollars in rent. Supervised 2 billers. Numerous special projects including determining the income potential for Consumer Credit Counseling program. Assisted auditors in yearly financial statement and contractual reviews.

**Jeff Ide Studios,** (Graphic Design), NY, NY, *Assistant Controller*, 1/95-02/01/01
Performed monthly & year- end close-outs – helped maintain financial statements, GL, AR & AP, bank recs & collections, recurring journals & chart of accounts for 4 Mil design company. Used "Accpac" accounting systems. Printed checks, wrote PO's, made bank deposits, maintained various excel spreadsheets. Maintained employee spaces/needs. Monitored vendor quality/costs. Liaison with CPA's, building management and attorneys.

**J. L. Howard, CPA, Inc.** NY, NY 3/94-12/94, *Auditor-in-charge.*
Constructed GL and Financial Statements for 1500 unit co-op facility. Compiled revenue, expense and balance sheet accounts. Liaison with CPA firm.

**Chelsea Research, Inc.**, NY, NY 1/92-2/94, Full service "Accpac" bookkeeper/office manager.

**Amtrak**, Department of Internal Affairs, Office of the Inspector General, Chicago, IL 5/83-5/91, *Senior Auditor*
- Managed all audits: financial, material control, payroll (20 labor contacts inclusive), claims, lease, commissary, machine shop, safety, air rights & ticket offices.
- Preliminary surveys, transaction flow analysis, flowcharting, wrote audit programs and reports, exit interviews, and follow-up compliance reviews.
- Supervised (up to) ten staff auditors, wrote (up to) 60 page audit reports in an understandable format & published over 300 recommendations. Frequently detected fraud & recommended $2 mil in cost savings.
- Testified in union labor hearings and with district attorney's office as expert witness concerning high profile, sensitive and confidential cases.
- Conceptualized and wrote Amtrak training film: *Audit techniques.*

**Liquid Carbonic Corp.** Chicago, IL, 4/81-3/83, *Credit Manager*
Managed regional credit offices, monitored delinquency, attended bankruptcy proceedings, authorized credit lines. Liaison with corporate attorney.

**Education**: Eastern Ill. University, BS Business – Accounting Major, continuing education with Institute of Internal Auditors, US Government, ADP, FBI and more.
**Other Computer skills**: Deltek, Axcess, Accpac (windows), Microsoft office, Excel, Lotus, Filemaker Pro, Winfax Pro, Flowcharting and more.

# EXHIBIT G

Dynamic Educational Systems, Inc, (DESI) is a fast-paced, aggressive company that provides education and training programs in an environment that fosters individual growth and rewards performance. Help DESI continue its growth in the industry by joining our team. We are currently recruiting for the following position:

ACCOUNTANT

DESI offers a rewarding opportunity for an Accountant in their Chicago, IL office, downtown loop. Must have a solid work history in accounting and finance, 4-year degree, strong communication and analytical skills, and 2 plus years experience working in Internal Audit or with government agencies preferred. Supervisory and budget preparation/variance analysis experience a plus. Competitive salary and benefit package. E-mail resumes and salary history to HR02@exodyne.com or fax 602-995-4091. EOE. Visit www.exodyne.com.

# EXHIBIT H

167 Bright Ridge Dr.          (847) 490-4397 Home Phone
Schaumburg, IL 60194          (401) 368-6672 Cell Phone
Mgiroux004@comcast.net

# Melissa Giroux

## Current Position

January 2004 to Present        OSRAM Sylvania          Lake Zurich, IL
**Supervisor, Accounting Services**

- Coordinate month-end and year-end close activities
- Meet corporate financial reporting and budgeting requirements
- Supervise Accounts Payable and Payroll departments
- Create and maintain Sarbanes-Oxley documentation
- Local contact for internal and external auditors
- Local project leader for two major corporate financial projects

*[handwritten: closing plant doesn't want relocate - doesn't want to move from Chicago]*

## Past Experience

June 2002 to January 2004        OSRAM Sylvania
**Finance Associate Development Program**

*Assignment 1: Internal Audit June 2002 to February 2003*          Danvers, MA

- Performed plant operations audits in a joint business audit of OSRAM Sylvania with OSRAM Gmbh, Germany
- Conducted financial and operational audits in all divisions
- Interacted with personnel on all levels

*Assignment 2: Financial Analyst February 2003 to October 2003*    Lake Zurich, IL

- Assisted in developing the fiscal year 2003/2004 budget
- Automated and wrote work instructions for monthly reports
- Completed financial analysis projects upon request

*Assignment 3: Financial Analyst October 2003 to January 2004*     Danvers, MA

- Performed division level month-end close activities and reporting
- Assisted with month-end close activities on the plant level
- Created more efficient month-end process by automating reports

## Education

May 2002                       Bryant College          Smithfield, RI

- Bachelor of Science in Business Administration
- Concentration: Financial Services  *[handwritten: ← financial planner –]*
- Minor: Communications
- Honors: GPA 3.46, Dean's List, Cum Laude
- Study Abroad: City University, London England, Spring 2001

## Computer Skills

- Proficient in SAP, MS Excel, MS Word, MS Power Point, Lotus Notes
- Basic knowledge of MS Access, Cognos Impromptu and PowerPlay

## Relevant Training

- "Time/Project Management Training" Robyn Webb – October 2003
- "How to Win Friends and Influence People" Dale Carnegie - October 2002

167 Bright Ridge Dr.          (847) 490-4397 Home Phone
Schaumburg, IL 60194          (401) 368-6672 Cell Phone
Mgiroux004@comcast.net

# Melissa Giroux

**Salary History**

### Supervisor, Accounting Services

- Sept 2004 to Present               $49,470

- Jan 19, 2004 to Sept 2004          $48,500

### Finance Associate Development Program

- Jan 1, 2004 to Jan 19, 2004        $44,228

- Jan 2003 to Jan 2004               $42,732

- Jun 2002 to Jan 2003               $42,000

# EXHIBIT I

**Carl R. Menefee, Sr.**
3517 Birchwood Drive
Hazel Crest, IL 60429
(708) 335-0238 / Cell (708) 323-7286
carlrmenefee@netzero.com

## PROFESSIONAL EXPERIENCE

5/2000 - 9/2004 -- **Accountant** -- City of Des Plaines -- Finance Department
- Collaborated with Finance Director on annual budget, audit and financial projects as needed
- Supervised processing of revenue receipts and purchase payments
- Closed daily, monthly, quarterly, and yearly financial transactions and maintained General Ledger
- Ensured revenues were credited to the correct account and deposited by next business day
- Processed checks for invoices and prepared cash report for Community Development Block Grant
- Reconciled monthly various city bank statements to the General Ledger
- Maintained escrow files and general ledgers of funds for infrastructure and capital improvements

3/1998 - 4/2000 -- **Accountant Contractor**
    2/1999 - 4/2000 -- Evanston Northwestern Healthcare
    6/1998 - 1/1999 -- Preferred Machine and Tool Production Corporation
    3/1998 - 5/1998 -- Chas. Levy Company LLC
- Conducted monthly bank reconciliation and reported results using Microsoft Excel
- Composed journal entries for variances and monthly closing
- Created database for plant inventory and conducted physical inventory
- Purchased supplies for manufacturing process

11/1996 - 2/1998 -- **Staff Auditor** -- Broniec Associates
- Examined computer printouts of accounts payable data for various overpayments
- Researched, wrote-up and processed claims for collection

10/1995 - 2/1996 -- **Accountant Contractor** -- Illinois Municipal Retirement Fund
- Set-up reinstatement of past service applications and receipts of processing fees
- Distributed account receivable funds and adjusted account statements

1982 - 1995 -- City of Chicago
    1988 - 1995 -- **Accountant III** -- Planning and Development
    1986 - 1988 -- **Accountant II** -- Water Commission's Office
    1982 - 1986 -- **Accountant I** -- Water Collections
- Advanced client payments for various programs and incentives
- Researched and analyzed computer data, and prepared reports of findings
- Reviewed department records with internal and external auditors
- Prepared monthly closing and special reports of department activities
- Designed Lotus programs to trace various payment programs
- Reconciled Comptroller, Treasury and Department of Revenue reports of water collections
- Adjusted water receipts of assessed and metered accounts to the billing receivable ledgers

**EDUCATION:** Governors State University -- Masters in Public Administration -- 2004
              Elmhurst College -- Bachelor of Arts in Accounting -- 1981

## COMPUTER SKILLS
    **Software:** Microsoft Office. Pentamation. Systems Design.
    **Hardware:** Personal computers and printers. Network Operation.

**EXHIBIT J**

## Sherrie Miles

**From:** Sherrie Miles [smiles@desiatchicago.com]
**Sent:** Monday, December 06, 2004 2:40 PM
**To:** desimmons@desiatchicago.com
**Subject:** scheduling interviews

Good Afternoon-

I'm in the process of scheduling interviews for the fiscal manager/account position.

Monday
Interviewed @ 10.00    = *Daniel Young*

Tuesday
Looks like no time

*open*
Wednesday
Only afternoon looks free    *ok*    *10 AM Melissa Givoux X*

Thursday
Luncheon 2 11:00am    *ok*
Would you like 10:00am or 1:00pm    *ok*    *Arthur Aberman*

Friday
Senior staff meeting
Afternoon looks better    *ok*    *1pm Car R. Menefee SR*

Next week Mr. Stout and Mr. Douglass will be here, did you want me to schedule appointments on those days?

Thanks
Sherrie Miles

*12/6/04*

*Please ✓*
*Comment.*

*Thanks*

12/6/2004