# EXHIBIT K

# DYNAMIC EDUCATIONAL SYSTEMS, INC.
## INTERVIEW SUMMARY/PRE-HIRE APPROVAL FORM

ENTERED 12/15/[?]

Name: MELISSA Giroux
Date of Interview: 12-8-04
Current Position: N/A
Position Applied: ACCOUNTANT

Education: [ ] High School   [ ] 2-year of College or A.A.   [X] Bachelor's degree   [ ] Master's degree   [ ] other:

**I. Is candidate suited for the position?** [X] Yes [ ] No   Why or Why Not?

HER BACKGROUND IS WELL SUITED FOR DESI CHICAGO FISCAL NEEDS & WILL REPRESENT US WELL IN DEALING WITH MONO + E2

**II. Special training and/or experience significant to the position applied for?**

OPERATION AUDITS AT DIVISION LEVEL / WROTE WORK INSTRUCTIONS FOR MONTHLY REPORTS / FINANCIAL ANALYSIS PROJECTS

**III. What are the candidate's strengths? Areas of Improvement?**

AS A ANALYST SHE HAS CONDUCTED MONTH END CLOSEOUT'S AND DEVELOPED EFFICIENT MONTH END AUTOMATED REPORTS

**IV. Rating (1-Poor; 2-Moderate; 3-Exceptional)**

1. Job Knowledge [3]
2. Degree to which Qualifications Match [3]
3. Stability/Employment History [3]
4. Community Awareness [2]
5. Communication Skills [3]
6. Supervisory/management Skills [2]

**IV. Recommended** [X] Full-time   [ ] Part-time   [ ] Temporary   [ ] On-Call

Not Recommended [ ]     [ ] Recommended for other position

Recommended Rate per Hour: $26.00
Recommended Start Date: 1-3-05

Replacement For: JOSE VASQUEZ

Signature: Project Director: [signature]
Vice President: [signature]
President: RStout 12/14/04

cc: Corporate Human Resources w/completed employment application, ADR and resume.

# EXHIBIT L

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.   05W0324.04 | [X] IDHR  [X] EEOC | 2005CA2864 |

### Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr., Ms., Mrs.) CARL R. MENEFEE, | | HOME TELEPHONE (include area code) 708-335-0238 |
|---|---|---|
| STREET ADDRESS 3517 BIRCHWOOD DR | CITY, STATE AND ZIP CODE HAZEL CRES, IL 60429 | DATE OF BIRTH 08/27/54 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME DYNAMIC EDUCATIONAL SYSTEMS, INC. | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) 312 525 8113 |
|---|---|---|
| STREET ADDRESS 101 N WACKER DR | CITY, STATE AND ZIP CODE CHICAGO, IL 60606 | COUNTY 031 |

| CAUSE OF DISCRIMINATION BASED ON: RACE    SEX    AGE | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA)   LATEST (ALL) / /    12/10/2004   [ ] CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheet(s))

I.  A.  ISSUE/BASIS

   FAILURE TO HIRE, ON OR ABOUT DECEMBER 10, 2004, BECAUSE OF MY RACE, BLACK.

   B.  PRIMA FACIE ALLEGATIONS

   1. My race is black.

   2. I was qualified for, and applied for Respondent's vacancy for an Accountant's position.

   3. On or about December 10, 2004, I experienced a failure to hire from D.E. Simmons (non-black), Respondent's General Manager. Simmons has failed to notify me of any development as to whether or not I would be hired for the position vacancy.

(Continued)

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY (when necessary for State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 8/4/05

3/24/05

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT   DATE

x Carl R. Menefee Sr.   03/24/05

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, year)

EEOC FORM 5 (6/00)   FEP9ACF3