# EXHIBIT N

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

LEGAL DIVISION

APR 1 4 2006

RECEIVED
BY _____

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CHARGE NO. 2005CA2864 |
| CARL R. MENEFEE, ) | EEOC NO. 21BA51640 |
| ) | |
| COMPLAINANT, ) | |
| ) | |
| AND ) | DEPT. OF HUMAN RIGHTS |
| ) | INTAKE UNIT |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., ) | APR 1 4 2006 |
| ) | |
| RESPONDENT. ) | RECEIVED |
| | BY _____ |

## REQUEST FOR REVIEW

Mr. Carl R. Menefee
3517 Birchwood Drive
Hazel Crest, IL 60429

Ms. Barbara A. Woodman
Director, Human Resources
Dynamic Educational Systems, Inc.
8433 North Black Canyon Hwy, Suite 200
Phoenix, AZ 85021

TO: Mr. Carl R. Menefee
DATE: March 29, 2006
REQUEST FOR REVIEW FILING DEADLINE DATE: May 3, 2006

I hereby request that the Department of Human Rights' (DHR) dismissal of the charge be reviewed by the Chief Legal Counsel of the Department.

**IN THE SPACE PROVIDED BELOW, YOU MUST LIST AND DESCRIBE THE SPECIFIC REASONS THAT THE CHARGE SHOULD NOT HAVE BEEN DISMISSED.** If applicable, you may write on the back of this form or attach additional information or documents, which support your Request for Review. You may review your investigation file, to help you prepare your request by calling 312-814-6262 or 217-785-5100. The decision of the Chief Legal Counsel will be published on the Department's website.

_Carl R. Menefee, Sr._           4-14-06
SIGNATURE                        DATE

YOU MUST ENCLOSE THE ORIGINAL AND THREE COPIES OF YOUR ENTIRE REQUEST AND SIGN, DATE AND HAVE THIS FORM POSTMARKED OR HAND DELIVERED BY THE FILING DEADLINE DATE ABOVE, TO:

Chief Legal Counsel, Illinois Department of Human Rights, 100 West Randolph Street, Suite 10-100, Chicago, IL 60601.

DYNAMIC SCIENCE, INC.

**THIS FORM MAY NOT BE SENT VIA TELEFAX.**
2/99

MAY 1 6 2006

RECEIVED

# EXHIBIT O

Case 1:07-cv-06396   Document 22-9   Filed 02/15/2008   Page 3 of 4

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| CARL MENEFEE, ) | CHARGE NO. 2005CA2864 |
| ) | EEOC NO. 21BA51640 |
| COMPLAINANT, ) | |
| ) | |
| AND ) | |
| ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., ) | |
| ) | |
| RESPONDENT. ) | |

## NOTICE OF DISMISSAL
## FOR LACK OF SUBSTANTIAL EVIDENCE

Mr. Carl R. Menefee  
3517 Birchwood Drive  
Hazel Crest, IL 60429

Mr. Jim Richmeier  
Director, Human Resources  
Dynamic Educational Systems, Inc.  
8433 North Black Canyon Highway, Suite 200  
Phoenix, AZ 85021

DATE: December 15, 2006

REQUEST FOR REVIEW FILING DEADLINE DATE: January 19, 2007

1.  YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation report, the DEPARTMENT OF HUMAN RIGHTS (DHR) has determined that there is NOT substantial evidence to support the allegations of the charge(s). Accordingly, pursuant to Section 7A-102(D) of the Human Rights Act (775 ILCS 5/1-101 et. seq.) and its Rules and Regulations (56 Ill. Adm. Code. Chapter II, Section 2520.810), the charge is HEREBY DISMISSED.

2.  If Complainant disagrees with this action, Complainant may seek review of this dismissal before the CHIEF LEGAL COUNSEL (CLC), Illinois Department of Human Rights, 100 West Randolph Street, Suite 10-100, Chicago, Illinois, 60601, by filing a "Request for Review" with the CLC within thirty (30) days after receipt of this Notice, by the request for review filing date above. Respondent will be notified by the CLC if a Request for Review is filed.

(continued on page two)