# EXHIBIT R

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Mr. Carl R. Menefee
3517 Birchwood Drive
Hazel Crest, IL 60429

From: Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, Illinois 60661-2511

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2005-01640 | Nola Smith, State & Local Coordinator | (312) 886-5973 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*
John P. Rowe, District Director

NOV 06 2007
(Date Mailed)

Enclosure(s)

cc: **DYNAMIC EDUCATIONAL SYSTEMS, INC**

# EXHIBIT S

Chris Herro
___

| | |
|---|---|
| From: | Chris Herro [chris.herro@exodyne.com] |
| Sent: | Friday, December 03, 2004 8:39 AM |
| To: | 'D.E. Simmons' |
| Cc: | (kathy.pedersen@exodyne.com); Mark Douglass (Mark.Douglass@exodyne.com) |
| Subject: | More candidates for open Finance position |
| Importance: | High |
| Attachments: | Resume for the Accounting Position Per Phone Converstions Today; FW: Melissa Giroux Resume/Salary History; Melissa Giroux Performance Appraisal; CareerBuilder Job Application |

D. E.:

In addition to Dan Young's resume sent to you yesterday, attached are resumes for three other individuals that I interviewed over the phone and may good candidates for the open finance position in Chicago. In my opinion, each candidate has a unique strengths:

- Art Aberman - probably the strongest of the three candidates. He's currently running his own business and seems very sharp on the phone. He's looking for more reliable, steady income than he's now making on his own. When questioned, he said the $45-55k range was agreeable to him. Might have the entrepreneurial energy/awareness and self-initiative we need for the job. But will some of the more mundane, monthly/routine aspects of the job be appealing to him? He says it is right "up his alley" and he'd enjoy the work...we'll need to pursue this further. He's faxed over some references/letters of recommendation that I'll fax over to you.

- Melissa Giroux - she seems very bright and she probably has the most "upside" of the four candidates. Also, of the four, I think she would be the most receptive to following our lead and following directions explicitly. Downside is that this would probably be a big step up in responsibility level, although I think the core competencies are there and would probably show through if given the opportunity. Currently makes $49k. Also attached is her last performance evaluation.

- Carl Menefee - probably the least strongest candidate of the four, but his long tenure working for the City of Chicago is too hard to ignore. Has an advanced degree, but his verbal communication skills were not as good as the other three. Was making $53k / year and is looking for similar pay.

Let me know if you have any questions and your impressions of the three candidates after you've met with them face-to-face. Thanks.

Chris

1