IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARL R. MENEFEE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 07 CV 6396 |
| | ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, | ) | Judge Gettleman |
| INC., | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Jason M. Metnick, do hereby certify that I served the following **NOTICE OF FILING** and **DEFENDANT'S STATEMENT OF MATERIAL FACTS** upon Carl R. Menefee, Sr., 3517 Birchwood Drive, Hazel Crest, Illinois 60429 by placing copies of the same in a properly addressed, postage prepaid, envelope and depositing the same in the U.S. Mail Chute at 203 N. LaSalle Street, Suite 2500, Chicago, Illinois 60601, on this 15th day of February, 2008.

/s/ Jason M. Metnick

N:\SYS23\10432\ProfServ\Carl Menefee 2-15-08. 3 doc.doc