IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07 CV 6396 |
| ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, ) | Judge Gettleman |
| INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:   Carl R. Menefee, Sr.
      3517 Birchwood Drive
      Hazel Crest, Illinois  60429

PLEASE TAKE NOTICE that on the 15th day of February, 2008, the Defendant, DYNAMIC EDUCATIONAL SYSTEMS, INC., by and through its attorneys, Nancy E. Sasamoto and Jason M. Metnick of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall file its **DEFENDANT'S STATEMENT OF MATERIAL FACTS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

/s/ Jason M. Metnick
Attorneys for Defendant

Nancy E. Sasamoto
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois  60601-2002
(312) 245-7500

N:\SYS23\10432\Not-Fil\60020002.doc