## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6396 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Carl R. Menefee, Sr.　vs　Dynamic Educational Systems, Inc. | | |

**DOCKET ENTRY TEXT:**

Motion presentation date of 2/26/2008 is stricken.
Plaintiff's response to defendant's motion for summary judgment is due by 3/26/2008.
Defendant's reply is due by 4/9/2008.
Status hearing is set set for 6/4/2008, at 9:00 a.m.

[Docketing to mail notice]

00:00