IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARL R. MENEFEE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07 CV 6396 |
| ) | |
| DYNAMIC EDUCATIONAL SYSTEMS, ) | Judge Gettleman |
| INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:   Carl R. Menefee, Sr.
      3517 Birchwood Drive
      Hazel Crest, Illinois  60429

PLEASE TAKE NOTICE that on the 9th day of April, 2008, the Defendant, DYNAMIC EDUCATIONAL SYSTEMS, INC., by and through its attorneys, Nancy E. Sasamoto and Jason M. Metnick of MASUDA, FUNAI, EIFERT & MITCHELL, LTD., shall file **DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                            /s/ Jason M. Metnick
                                            One of the Attorneys for the Defendant

Nancy E. Sasamoto
Jason M. Metnick
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
203 N. LaSalle Street, Suite 2500
Chicago, Illinois  60601-2002
(312) 245-7500

N:\SYS23\10432\Not-Fil\60020003.doc