## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6396 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Carl R. Menefee     vs     Dynamic Educational Systems, Inc. | | |

**DOCKET ENTRY TEXT:**

Memorandum opinion and order entered.   Accordingly, defendant's motion for summary judgment is granted.

[For further detail see separate order]
[Docketing to mail  notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|