# United States District Court
## Northern District of Illinois
### Eastern Division

Carl R. Menefee, Sr.                        **JUDGMENT IN A CIVIL CASE**

      v                                Case Number 07 C 6396

Dynamic Educational Systems, Inc.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment is granted.

                                                      Michael W. Dobbins,
                                                      Clerk of Court

Date: June 17, 2008                          /s/ George Schwemin
                                                        Deputy Clerk