# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6396 | **DATE** | 7/24/2008 |
| **CASE TITLE** | Carl R. Menefee, Sr. vs. Dynamic Educational Systems, Inc. | | |

**DOCKET ENTRY TEXT**

　　The court has reviewed "Plaintiff's Rule 59(e) Motion to Alter or Amend Judgment," which plaintiff has filed but failed to notice for presentment in violation of Local Rule 5.3(b). Regardless, the court has reviewed the record and finds no reason to alter or amend the Memorandum Opinion and Order of June 17, 2008, and thus denies plaintiff's motion.
　　The 8/6/2008 hearing date is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GS |
|---|---|---|